DAVID S. DUNCOMB and another, *Trustees, etc., v.* THE NEW YORK, HOUSATONIC AND NORTHERN RAILROAD COMPANY. — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J. ; GILBERT, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN FITZHERBERT *v.* THOMAS J. KENNA, *a Justice of the Peace, etc., Respondent.* — Judgment reversed. Opinion by BARNARD, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOSEPH TILNEY and JANET TILNEY, *Appellants, v.* MICHAEL O'KEEFE, *Registrar, etc., Respondent.*— Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* MARY J. FARRAR and HELEN F. ISOLA, *Appellants v.* MICHAEL O'KEEFE, *Registrar, etc., Respondent.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

MARIA TICE, *Respondent, v.* HENRY N. MUNN, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

CHRISTIANA C. ALTHAUS, *Respondent, v.* THOMAS R. SHARP, *as Receiver, etc., Appellant.*— Judgment and order denying new trial affirmed, with costs. Opinions by GILBERT and DYKMAN, JJ.

ANN REESE, *Respondent, v.* WILLIAM SMYTH, *acting Superintendent, etc.,* and others, *Appellants.*— Motion to dismiss appeal of Hartwell and others denied, without costs. Motion to dismiss appeal of Walls and others denied, without costs. Motion to dismiss appeal of Russell, receiver, denied, without costs. Motion by defendant Boese to dismiss appeal of Russell denied, without costs. Judgment affirmed as to appellants Boese and Russell, receivers, with costs against each. Judgment affirmed as to Bernhard. Modified as to Glasson and Mengenthorn, without costs. Modified as to Levy, Freeman and Palmer, with costs to them. Modified as to those appellants who held policies in the New York Company, and who have paid premiums to the New Haven Company after the transfer without surrender of the old policy, affirmed in other respects. Order granting allowance affirmed. Order to be settled by BARNARD, P. J. Opinion by BARNARD, P. J. ; GILBERT, J., not sitting.

LEOPOLD G. BEATSE, *Respondent, v.* THOMAS R. SHARP, *Receiver, etc., Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

THOMAS WHITE, *Respondent, v.* THOMAS R. SHARP, *as Receiver, etc., Appellant.* — Reargument ordered.

WILLIAM MACKELLAR, *Respondent, v.* MARTIN B. BROWN, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.